

IN THE UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

IN PROCEEDINGS:

23-01634

DEBTOR(S):

WILLIAM THOMAS WASSEY

ELIDA GEORGINA WASSEY

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 2 IN THE AMOUNT OF $1,454.92

CREDITOR'S SIGNATURE:

/s/ Brandie McCann

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

5/5/2023