UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

| | |
|---|---|
| William Thomas Wassey and<br>Elida Georgina Wassey,<br>    Debtor(s).<br>_____/ | Case No. 6:23-bk-01634-GER<br>Chapter 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE, that the undersigned counsel hereby enters their appearance on behalf of, Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, a secured creditor in connection with property located at **4352 Meadowland Drive, Mount Dora, FL 32757** with loan number XXX-**9670** in the above-captioned proceeding, and requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to Fed. R. Bankr. P. 2002, whether sent by the Court, the Debtors, or any other party in the case, be sent to the undersigned; and pursuant to Fed. R. Bankr. P. 2002(g), requests that the following be added to the Court's master mailing list:

**Justin Plean, Esq.**
**Quintairos, Prieto, Wood & Boyer, PA**
**1475 Centrepark Blvd., Suite 130**
**West Palm Beach, FL 33401**

Dated: May 9, 2023

Respectfully submitted,

*/s/ Justin Plean*
Justin Plean, Esq.
Florida Bar No. 113887
Quintairos, Prieto, Wood & Boyer, PA
1475 Centrepark Blvd., Suite 130
West Palm Beach, FL 33401
Phone: (561) 686-1880
Fax: (561) 686-1886
Primary Email:

QPWB# FL-002717-23

justin.plean@qpwblaw.com
Secondary Email:
flmdbknotices@qpwblaw.com

## CERTIFICATE OF SERVICE

    I certify that I have caused to be served a copy of the foregoing by first class mail, postage prepaid or by CM/ECF electronic filing upon the parties listed below on this day.

Dated: May 9, 2023

/s/ Justin Plean
Justin Plean, Esq.
Florida Bar No. 113887

Copies Furnished To:

By CM/ECF Receipt:

Jacqueline R LaVerne
Bogin, Munns and Munns
PO Box 2807
Orlando, FL 32802
407-578-1334
Email: Jlaverne@boginmunns.com

Trustee
Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790

U.S. Trustee
United States Trustee - ORL7/13, 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

By First Class Mail:

William Thomas Wassey
Elida Georgina Wassey
4352 Meadowland Drive
Mount Dora, FL 32757

QPWB# FL-002717-23