UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

William Thomas Wassey             Case No.: 6:23-bk-01634-GER
Elida Georgina Wassey             Chapter 7

    Debtor(s).
_____/

## VERIFIED STATEMENT OF NON FILING OF INCOME TAX RETURNS

We, William Wassey and Elida Wassey, declare under penalties of perjury, that we did not file Federal Individual or Joint Tax Returns, Form 1040, for the year 2022, because we did not have sufficient gross income to require the filing of such return under I.R.C. Section 6012 and the Treasury Regulations there under.

The only income and/or other means of support during these tax year(s) is as follows:

| Years | Source |
|---|---|
| 2022 | Only source of income was from Social Security and VA Disability |

The debtors will not be required to file future tax returns during the pendency of this case because the only source of income is Social Security.

Should this affidavit be accepted by the United States of America (Internal Revenue Service) and it later be determined that we are required to file a U.S. Individual or Joint Tax Returns, Form 1040, for the year(s) stated above, then we waive the discharge under the Bankruptcy Code for any tax liability, interest, and penalties associated with those years.

4/25/23    /s/ William Wassey    xxx-xx-7498      4.25.03    /s/ E. Wassey    xxx-xx-5065
Date      William A Wassey      SSN          Elida G Wassey      SSN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Verified Statement dated April 25,2023  has been provided by US Mail or ECF to Trustee Laurie K. Weatherford, PO Box 3450, Winter Park, FL 32790; United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801; IRS, c/o Officer, Manager or Registered Agent, 400 W. Bay Street, M/S 5720, Jacksonville, FL 32202; IRS, c/o Officer, Manager or Registered Agent, 1111 Constitution Avenue Northwest #5480, District of Columbia, DC 20224; US Attorney General, c/o Officer, Manager or Registered Agent, 950 Pennsylvania Ave NW, Washington, DC 20530; US Attorney, c/o Civil Process Clerk, 400 W Washington St #3100, Orlando, FL 32801, US Attorney, c/o Officer, Manager, or Registered Agent, 400 W Washington St #3100, Orlando, FL 32801, IRS, c/o Officer, Manager or Registered Agent, PO Box 7317, Philadelphia, PA 19101-7317; IRS c/o Officer, Manager or Registered Agent, PO Box 7346, Philadelphia, PA 19101-7346, IRS, c/o Officer, Manager or Registered Agent, 600 Arch Street, Room 5200, Philadelphia, PA 19106, and to Debtors William & Elida Wassey 4352 Meadowland Dr., Mount Dora, FL 32757, this 12th day of May, 2023.

By: /s/Jacqueline R. LaVerne
Jacqueline R. LaVerne, Esq.
Florida Bar No. 1000371
BOGIN, MUNNS & MUNNS, P.A.
1000 Legion Place, Suite 1000
Orlando, FL   32801
Mailing:  PO Box 2807, Orlando, FL 32802
Telephone:  407-578-1334
Fax:  407-578-2801
Email:  Jlaverne@boginmunns.com