**[Dostkamd]** [Order Striking Amendment To Schedules]

ORDERED.

**Dated: May 15, 2023**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

William Thomas Wassey

Elida Georgina Wassey

_____Debtor*_____/

Case No.
6:23–bk–01634–GER
Chapter 13

### ORDER STRIKING AMENDED SCHEDULE E/F

THIS CASE came on for consideration, without hearing, of the Amended Schedule E/F filed May 12, 2023, Doc. No. 15. The Amended Schedule E/F is deficient as follows:

> A copy of the most recent Chapter 13 Plan was not served on the additional creditors pursuant to Local Rule 1009–1(e).
>
> .

Accordingly, it is **ORDERED**:

The Amended Schedule E/F is stricken without prejudice and with leave to refile after having cured these deficiencies.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.